Argued and submitted October 29, petition for judicial review dismissed November 26, 1997

MARK D. EAMES,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

(CA A86699)

949 P2d 1245

Andy Simrin, Deputy Public Defender, argued the cause for petitioner. With him on the brief was Sally L. Avera, Public Defender.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton, Judge, and Rossman, Senior Judge.

PER CURIAM

Petition for judicial review dismissed. *Luckey v. Board of Parole*, 150 Or App 480, 946 P2d 361 (1997).